■ CHARLES R. McLAUGHLIN et al., Respondents, v MIDROX INSURANCE COMPANY, Appellant, and RONALD D. BLODGETT et al., Doing Business as BLODGETT BROTHERS PARTNERSHIPS, Respondents. (Appeal No. 1.) [893 NYS2d 914]—Appeal from an order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered November 1, 2007 in a personal injury action. The order, inter alia, denied the cross motion of defendant Midrox Insurance Company for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *McLaughlin v Midrox Ins. Co.* (70 AD3d 1463 [2010]). Present—Centra, J.P., Peradotto, Green and Pine, JJ.